FILED _____ LODGED
_____ RECEIVED

SEP 25 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                          DEPUTY

Magistrate Judge Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: 06-5187M |
| Plaintiff, ) | MOTION FOR WITHDRAWAL |
| vs. ) | AND SUBSISTITION OF COUNSEL |
| ) | AND ORDER |
| DANA JAY HULET, ) | |
| Defendant. ) | |

TO:   CLERK OF THE ABOVE-ENTITLED COURT and

TO:   OFFICE OF THE UNITED STATES ATTORNEY

**NOTICE IS HEREBY GIVEN** that the Defendant DANA HULET, hereby moves this court to allow RUSSELL LEONARD to withdraw as Attorney of Record for the defendant, DANA JAY HULET, and allow the substitution of HARRY S. STEINMETZ, in his place and stead for said defendant and directs that all future pleadings or papers in the above entitled action, be served upon said defendant by leaving a copy with the substituting attorney mentioned above and signed below at 901 South I Street, Suite 102, Tacoma, WA 98405.



06-MJ-05187-ORD

The Law Office of
HARRY S. STEINMETZ
901 South I Street, Suite 102
Tacoma, WA 98405
253-272-4575; Fax 253-779-8732

DATED this 25th day of September, 2006

RESPECTFULLY SUBMITTED:

____/S/_____

HARRY S. STEINMETZ
WSBA# 24863
ATTORNEY FOR DEFENDANT

## ORDER

IT IS ORDERED THAT:

THIS MATTER having come on upon motion of the Defendant, DANA JAY HULET, and the Court having reviewed the records and files and deeming itself to be fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that RUSSELL LEONARD is hereby withdrawn as counsel of record for the defendant herein, and that HARRY S. STEINMETZ is hereby substituted as counsel of record for defendant.

DATED: this 25 day of September, 2006.

Judge Kelly Arnold

The Law Office of
**HARRY S. STEINMETZ**
901 South I Street, Suite 102
Tacoma, WA 98405
253-272-4575; Fax 253-779-8732